**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JENSEN USA, INC.,**
**A North Carolina corporation,**

    **Plaintiff,**

vs.                                   **CASE NO. 5:10-cv-256/RS-GRJ**

**BRIM LAUNDRY MACHINERY CO., INC.,**

    **Defendant.**
_____ /

## ORDER

The relief requested in Defendant's Motion for Extension of Time to File Responsive Pleading (Doc. 7) is **GRANTED**. Defendant shall file its response no later than December 20, 2010.

**ORDERED** on December 2, 2010

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**