**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JENSEN USA, INC.,
a North Carolina Corporation

        Plaintiff,

vs.                             CASE NO. 5:10cv256/RS-GRJ

BRIM LAUNDRY MACHINERY CO., INC.,

        Defendant.
_____/

Before me is the Proposed Scheduling Order-Discovery Plan (Doc. 16).

**It is ordered** that the parties shall file an amended joint report not later than January 28, 2011 with dates consistent with the following dates:

| Description | Date |
|---|---|
| **Comply with P.R. 3.1 and P.R. 3.2** - Disclosure of Asserted Claims and Infringement Contentions due. | February 7, 2011 |
| **Comply with P.R. 3.3 and 3.4** - Invalidity Contentions due. | March 9, 2011 |
| **Comply with P.R. 4.1** - Exchange Proposed Terms and Claim Elements for Construction. | March 21, 2011 |

| | |
|---|---|
| **Comply with P.R. 4.2** - Exchange of Preliminary Claim Constructions and Extrinsic Evidence. | April 11, 2011 |
| **Comply with P.R. 4.3** - Filing of Joint Claim Construction and Prehearing Statement. | May 2, 2011 |
| **Discovery Deadline - Claim Construction Issues.** | June 1, 2011 |
| **Comply with P.R. 4.5(A)** - The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction. | June 16, 2011 |
| **Comply with P.R. 4.5(B)** - The opposing party shall serve and file a responsive brief and supporting evidence. | Jul 1, 2011 |
| **Comply with P.R. 4.5(C)** – The party claiming patent infringement shall serve and file a reply brief and supporting evidence directly rebutting the supporting evidence contained in the opposing party's response. | July 8, 2011 |
| **Comply with P.R. 4.5(D)** – The opposing party shall serve and file a surreply brief and supporting evidence. | July 15, 2011 |
| **Comply with P.R. 4.5(E)** – The parties shall jointly submit a claim construction chart in an editable format in accordance with P.R. 4.5(E). | July 22, 2011 |
| **Claim Construction Hearing** | August 15, 2011 |

| | |
|---|---|
| **Discovery Deadline** | December 12, 2011 |
| **Jury Trial** | March 12, 2012 |

**ORDERED** on January 18, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
