**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JENSEN USA, INC., a North
Carolina corporation,

    Plaintiff,

vs.                                                                 CASE NO. 5:10cv256/RS-GRJ

BRIM LAUNDRY MACHINERY CO.,
INC.,

    Defendant.
_____

BRIM LAUNDRY MACHINERY CO.,
INC.,

    Counter-Claimant,

vs.

JENSEN USA, INC., a North
Carolina corporation,

    Counter-Defendant.
_____/

## **ORDER**

    Before me is Plaintiff's Notice of Settlement (Doc. 32). Pursuant to Local Rule 16.2(D), it is ordered:

    1.    This case is dismissed from the active docket of the court.

    2.    In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

    3.    The clerk is directed to close the file of this case for administrative

purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on March 8, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**