IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JENSEN USA, INC.,**
a North Carolina Corporation

       Plaintiff,

vs.                                           CASE NO. 5:10cv256/RS-GRJ

**BRIM LAUNDRY MACHINERY CO., INC.,**

       **Defendant.**
_____/

    The relief requested in the Agreed Motion to Dismiss with Prejudice (Doc. 38) is **GRANTED**.  This case is dismissed with prejudice according to the terms of the settlement agreement.

**ORDERED** on July 6, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**